**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

John Smith and Jane Smith, Husband and Wife,
Respondents,

v.

Savannah Mae Williamson, Birth Mother,
Donovan Kane Kimbrough, Birth Father,
John Doe, Birth Father, Defendants,

Of whom Donovan Kane Kimbrough is the Appellant.

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2023-001942

―――――――――――

Appeal From Greenville County
Katherine H. Tiffany, Family Court Judge

―――――――――――

Unpublished Opinion No. 2024-UP-113
Submitted March 26, 2024 – Filed March 27, 2024

―――――――――――

**AFFIRMED**

―――――――――――

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Raymond William Godwin, of Raymond W. Godwin,
Attorney at Law, PC, of Greenville, for Respondents.

Dylan Douglas Lingerfelt, of Colón Law Firm, of Greer, as Guardian ad Litem.

---

**PER CURIAM:**  Donovan Kane Kimbrough appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Kimbrough's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., KONDUROS, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.